UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARRY-JO VERCILLO,

                     Plaintiff,

      -against-

MEDSIGN INTERNATIONAL CORPORATION, et al.,

                     Defendants.

1:23-cv-02007 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

    By separate Order today, the Court is referring this case to the assigned Magistrate Judge for General Pretrial Purposes. Additionally, it is hereby ORDERED that, to conserve resources, to promote judicial efficiency, and in an effort to achieve a faster disposition of this matter, that the parties must discuss whether they are willing to consent, under 28 U.S.C. § 636(c), to conducting all further proceedings before Magistrate Judge Willis.

    If both parties consent to proceed before Magistrate Judge Willis, they must, **within two weeks of the date of this Order**, submit to the Court a fully executed Notice, Consent, and Reference of a Civil Action to a Magistrate Judge form, a copy of which is attached to the Order of Reference (and also available at https://nysd.uscourts.gov/forms/consent-proceed-us-magistrate-judge). If the Court approves that form, all further proceedings will then be conducted before Magistrate Judge Willis rather than before this Court. Any appeal would be taken directly to the United States Court of Appeals for the Second Circuit, as it would be from this Court if the consent form were not signed and so ordered. An information sheet on proceedings before magistrate judges is also attached to the Order of Reference.

If any party does not consent to conducting all further proceedings before the Magistrate Judge, the parties must file a joint letter, **within two weeks of the date of this Order**, advising the Court that the parties do not consent, **but without disclosing the identity of the party or parties who do not consent**.  No adverse consequences will result from the withholding of that consent.

The parties are reminded that, in most cases, settlements of claims under the FLSA must be approved by the Court.  *See Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015).  This order has no impact on the existing mediation referral.

Dated: July 17, 2023
    New York, New York

SO ORDERED.

*Jennifer Rochon*
JENNIFER L. ROCHON
United States District Judge